SQUIRE PATTON BOGGS (US) LLP
Eric J. Troutman (State Bar # 229263)
eric.troutman@squirepb.com
Emily L. Wallerstein (State Bar # 260729)
emily.wallerstein@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California  90071
Telephone:  +1 213 624 2500
Facsimile:  +1 213 623 4581

Attorneys for Defendant
REVSPRING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BULETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC, a California corporation and REVSPRING, INC.,<br><br>Defendants. | Case No. 3:19-cv-00612-MMC<br><br>**[PROPOSED] ORDER ON DEFENDANT REVSPRING, INC.'S MOTION TO STAY PROCEEDINGS** |

**[PROPOSED] ORDER**

On August 30, 2019, Defendant RevSpring, Inc. ("RevSpring") filed a Motion to Stay Proceedings. Having reviewed and considered the parties' respective papers and arguments and all other matters presented to the Court, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

All proceedings in this matter are stayed pending rulings from the Federal Communications Commission ("FCC") pursuant to its May 14, 2018 Public Notice seeking comment on, among other things, the definition of an automatic telephone dialing system. A stay of this action is appropriate pursuant to the primary jurisdiction doctrine. *Clark v. Time Warner Cable*, 523 F.3d 1110, 1114 (9th Cir. 2008); *Syntek Semiconductor Co. v. Microchip Tech. Inc.*, 307 F.3d 775, 780-81 (9th Cir. 2002); *Barrera v. Comcast Holdings Corp.*, 2014 U.S. Dist. LEXIS 65800 (N.D. Cal. May 12, 2014). Additionally, a stay of this action is also warranted pursuant to the Court's inherent power to stay this action pending resolution of the FCC's May 14, 2018 Public Notice. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Bosia v. Ocwen Loan Servicing, LLC*, 2017 U.S. Dist. LEXIS 121786 (N.D. Cal. Aug. 2, 2017); *Bowden v. Contract Callers, Inc.*, 2017 U.S. Dist. LEXIS 52162 (N.D. Cal. Apr. 5, 2017).

**IT IS SO ORDERED.**

Dated: _____, 2019          _____
                                                                 The Honorable Maxine M. Chesney
                                                                 United States District Judge