UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL BULETTE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**WESTERN DENTAL SERVICES INC.,** et. al,<br><br>*Defendants*. | Case Number: 3:19-cv-00612-MMC<br><br>**[JOINT PROPOSED] ORDER ON NOTICE OF SETTLEMENT AND MOTION TO STAY**; DEEMING DEFENDANT REVSPRING, INC.'S MOTION TO DISMISS, TO STAY, AND TO STRIKE WITHDRAWN |

This cause came before the Court pursuant to the Notice of Settlement filed on December 23, 2019. In the Notice of Settlement, Plaintiff advised the Court that the parties have reached an agreement in principle to settle the litigated claims in this action on a class-wide basis, subject to Court approval. And that the Parties are presently drafting a written settlement agreement and related documents and completing additional discovery in advance of seeking preliminary approval.

Based on the foregoing, all further proceedings and all pending deadlines in this case are

Page **1** of **2**

Joint Proposed Order on Notice of Settlement and Motion to Stay
Case No. 3:19-cv-00612-MMC

hereby stayed. The Parties shall have until January 31, 2020 to file the settlement agreement and related documents as part of a Motion for Preliminary Approval.

Defendant RevSpring, Inc.'s motions to dismiss, to stay proceedings, and to strike class action allegations are deemed withdrawn, without prejudice to refiling in the event the settlement is not effectuated.

SO ORDERED on December __23__, 2019.

*Maxine M. Chesney*
Maxine M. Chesney
HONORABLE DISTRICT COURT JUDGE