Rachel E. Kaufman (CA Bar No. 259353)
rachel@kaufmanpa.com
Avi R. Kaufman (*Pro hac vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Attorneys for Plaintiff Rachel Bulette and all others similarly situated*
(Additional counsel appearing on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL BULETTE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**WESTERN DENTAL SERVICES INC.,** et. al,<br><br>*Defendants*. | Case Number: 3:19-cv-00612-MMC<br><br>**NOTICE OF FILING EXECUTED CLASS ACTION SETTLEMENT AGREEMENT** |

Plaintiff hereby provides notice of filing the executed Class Action Settlement Agreement between the parties which is Exhibit 1 to Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. no. 71).

Respectfully submitted,

Dated: February 4, 2020

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman
Avi R. Kaufman
Kaufman P.A.

Page **1** of **2**

Notice of Filing
Case No. 3:19-cv-00612-MMC

400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

David S. Ratner, Esq. (SBN 316267)
David Ratner Law Firm, LLP
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (917) 900-2868
Fax: (925) 891-3818
Email: david@davidratnerlawfirm.com

Stefan Coleman
Law Offices of Stefan Coleman, P.A.
201 South Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Fax: (888) 498-8946
Email: law@stefancoleman.com

*Counsel for Plaintiff Bulette and all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman