1  Rachel E. Kaufman (CA Bar No. 259353)
2  rachel@kaufmanpa.com
   Avi R. Kaufman (*Pro hac vice*)
3  kaufman@kaufmanpa.com
   KAUFMAN P.A.
4  400 NW 26th Street
5  Miami, FL 33127
   Telephone: (305) 469-5881
6  *Attorneys for Plaintiff Rachel Bulette and all others similarly situated*
7  (Additional counsel appearing on signature page)

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
11  **RACHEL BULETTE,** individually and on    )   Case Number: 3:19-cv-00612-MMC
    behalf of all others similarly situated,   )
12                                             )
13              *Plaintiff*,                   )
                                               )   **NOTICE OF FILING**
14  v.                                         )
                                               )
15  **WESTERN DENTAL SERVICES INC.,** et.      )
    al,                                        )
16                                             )
17              *Defendants*.                  )
                                               )
18                                             )

19      Plaintiff hereby provides notice of filing the parties' Amended Class Action Settlement

20  Agreement and revised claim form and notices, which are Exhibits A through C to the Settlement

21  Agreement.[1]

22
23
24
---
25  [1] Epiq is not able to assign a case-specific PO Box address until closer in time to notice
    dissemination, and therefore the case-specific PO Box address will be updated prior to notice
26  dissemination.

27                          Page **1** of **2**
28  Notice of Filing
    Case No. 3:19-cv-00612-MMC

Respectfully submitted,

Dated: March 11, 2020

/s/ Rachel E. Kaufman
Rachel E. Kaufman
Avi R. Kaufman
Kaufman P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

David S. Ratner, Esq. (SBN 316267)
David Ratner Law Firm, LLP
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (917) 900-2868
Fax: (925) 891-3818
Email: david@davidratnerlawfirm.com

Stefan Coleman
Law Offices of Stefan Coleman, P.A.
201 South Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Fax: (888) 498-8946
Email: law@stefancoleman.com

*Counsel for Plaintiff Bulette and all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Rachel E. Kaufman
Rachel E. Kaufman